# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Gerald Harrison,

        Petitioner,                      JUDGMENT IN A CIVIL CASE

vs.                                          3:07-CV-511-02

United States of America,

        Respondent.

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 12/20/2007 Order.

                                              Signed: December 21, 2007

                                              Frank G. Johns, Clerk
                                              United States District Court